No. 00–6847.  BUGGS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 00–6852.  FIELDS v. TYSON FOODS ET AL.  C. A. 11th Cir. Certiorari denied.

No. 00–6853.  MACHACEK v. HOFBAUER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 00–6857.  GUIRGUIS v. CPC ALAHAMBRA HOSPITAL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 00–6860.  MILANOVICH v. WETHERINGTON, COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 00–6864.  ARENCIBIA v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 00–6865.  CARSON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00–6866.  DE'OLIVEIRA v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 00–6869.  MCCARVER v. LEE, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 00–6875.  WATLEY v. WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–6876.  TAQWIIM, AKA ROPER v. JOHNSON, WARDEN. C. A. 6th Cir.  Certiorari denied.

No. 00–6879.  SINAI v. MASSACHUSETTS DEPARTMENT OF SOCIAL SERVICES.  App. Ct. Mass.  Certiorari denied.

No. 00–6880.  PALMER v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 00–6881.  JONES v. POWELL ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00–6883.  ROSS v. FRAMINGHAM SCHOOL COMMITTEE ET AL. C. A. 1st Cir.  Certiorari denied.